UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


**Russell F.  Sheehan**
Plainntiff

V.

**Envision Services Corp., et al**
Defendant

CIVIL ACTION: 05-11632 -NG


ORDER OF DISMISSAL


GERTNER, D.J.                              January 31, 2006


   Pursuant to Local Rule 4.1(a) of the Local Rules for the United States District Court for

the  District of Massachusetts, any summons not returned with proof that it was served

within one-hundred twenty (120) days of the filing of the complaint is deemed to be

unserved for the purpose of Fed.R.Civ.P.4(j).

   Accordingly, the above-entitled case is hereby dismissed for failure to make service.


By the Court,


/s/Maryellen Molloy
Deputy Clerk